|  |  |  |
|---|---|---|
| Debbie Pittman, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Cadense, Inc.<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | **United States District Court Northern District of Illinois**<br><br>Case No.: 1:25-cv-6852<br><br>**NOTICE OF SETTLEMENT** |

    **PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: October 14, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: 929-442-2154
Email: achan@ealg.law